IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Eleby, Wilester

Printed: 12/23/08

Case Number: 06 B 06996
Judge: Goldgar, A. Benjamin
Filed: 6/15/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 21, 2008
Confirmed: August 29, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,240.14 |  |
| Secured: |  | 17,900.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,400.00 |
| Trustee Fee: |  | 1,187.44 |
| Other Funds: |  | 752.20 |
| Totals: | 22,240.14 | 22,240.14 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,400.00 | 2,400.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | James M Philbrick | Secured | 500.00 | 500.00 |
| 4. | Great American Finance Company | Secured | 573.20 | 573.20 |
| 5. | General Motors Acceptance Corp | Secured | 12,567.69 | 9,200.00 |
| 6. | GMAC Mortgage Corporation | Secured | 8,155.73 | 7,627.30 |
| 7. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 1,280.09 | 0.00 |
| 9. | Capital One | Unsecured | 661.78 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 1,549.08 | 0.00 |
| 11. | ER Solutions | Unsecured | 564.40 | 0.00 |
| 12. | Nicor Gas | Unsecured | 1,438.46 | 0.00 |
| 13. | Capital One | Unsecured | 828.39 | 0.00 |
| 14. | Chicago Post Office Employee C U | Unsecured |  | No Claim Filed |
| 15. | New World Media | Unsecured |  | No Claim Filed |
| 16. | Well Group Health Partners | Unsecured |  | No Claim Filed |
| 17. | First Payday Loan | Unsecured |  | No Claim Filed |
| 18. | Great American Finance Company | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,518.82 | $ 20,300.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Eleby, Wilester

Printed: 12/23/08

Case Number:  06 B 06996
Judge:  Goldgar, A. Benjamin
Filed:  6/15/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 16.13 |
| 4.8% | 275.77 |
| 5.4% | 528.10 |
| 6.5% | 317.79 |
| 6.6% | 49.65 |
| | $ 1,187.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

